ELECTRONICALLY FILED
11/8/2017 7:17 PM
2017-L-011384
CALENDAR: X
PAGE 1 of 3
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

| | | |
|---|---|---|
| MENARD CRAWFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. |
| | ) | |
| DART TRANSIT COMPANY, a Minnesota Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, MENARD CRAWFORD (hereinafter referred to as "Plaintiff"), by and through his attorneys, STAVER LAW GROUP, P.C., complaining of the Defendant, DART TRANSIT COMPANY, and states as follows:

1. That the Defendant, DART TRANSIT COMPANY, is a Minnesota Corporation that provides shipping services nationwide.

2. That Defendant DART TRANSIT COMPANY has a registered agent in Cook County, Illinois, and continues to do business in Cook County, Illinois.

3. That on or about September 5, 2016, Plaintiff was operating a motor vehicle in a westbound direction on or about Interstate 80 near milepost 5.2, in the City of Gary, County of Lake, and State of Indiana.

4. That on or about September 5, 2016, KEITH BAUMGARDNER, as an agent of Defendant DART TRANSIT COMPANY, was operating a motor vehicle owned by and on behalf of Defendant DART TRANSIT COMPANY, in a westbound direction on or about Interstate 80 near milepost 5.2, in the City of Gary, County of Lake, and State of Indiana.

5. At all times herein mentioned, KEITH BAUMGARDNER was acting as a duly authorized agent of Defendant DART TRANSIT COMPANY and was acting within the scope of his employment.

6. That at the aforesaid time and place, a collision occurred between the motor vehicle the Plaintiff was operating and the motor vehicle that KEITH BAUMGARDNER was operating when KEITH BAUMGARDNER rear-ended Plaintiff's vehicle.



DEFENDANT'S EXHIBIT A

ELECTRONICALLY FILED
11/8/2017 7:17 PM
2017-L-011384
PAGE 2 of 3

7. That at all times material hereto it was the duty of Defendant DART TRANSIT COMPANY, its agents, and employees to exercise ordinary care in the ownership, operation, maintenance, and control of said vehicle for the safety of the person and property of others there and then upon said roadway and especially the Plaintiff herein.

8. That in violation of this duty, Defendant DART TRANSIT COMPANY, its agents, and employees acted or failed to act in one or more of the following ways, amounting to negligent conduct and violating the Motor Vehicle Laws of the State of Indiana:

   a. Operated said motor vehicle without keeping a proper and sufficient lookout;
   b. Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions in the use of the way, or which endangered the safety of the Plaintiff;
   c. Failed to decrease the speed of said motor vehicle so as to avoid colliding with another vehicle;
   d. Failed to equip said motor vehicle with proper brakes;
   e. Failed to keep said motor vehicle under proper control and failed to stop, slow down, or otherwise alter the speed, movement or direction of said vehicle when danger of collision with another vehicle was imminent;
   f. Followed the motor vehicle which Plaintiff was in more closely than was reasonable and prudent, having no regard for the speed of traffic upon the way;
   g. Failed to give audible warning with said motor vehicle's horn of the approach of said motor vehicle, although such warning was necessary to ensure the safe operation of said vehicle;

9. That as a direct and proximate cause of Defendant's, its agents, and employees aforesaid careless and negligent acts and/or omissions, Plaintiff was caused to sustain personal injuries, to incur and pay medical and hospital expenses, and to be absent from his usual pursuits for a period of time.

WHEREFORE, the Plaintiff, MENARD CRAWFORD, prays for judgment against the Defendant, DART TRANSIT COMPANY, in an amount in excess of $50,000.00 dollars, plus court costs, and for whatever other relief this court deems just and appropriate.

Respectfully submitted,

STAVER LAW GROUP, P.C.

By: _____
Tyler Kobylski
Attorney for Plaintiff

ELECTRONICALLY FILED
11/8/2017 7:17 PM
2017-L-011384
PAGE 3 of 3

STAVER LAW GROUP, P.C.
120 W. Madison - Suite 400
Chicago, IL 60602
(312) 236-2900
Attorney ID# 57789